AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    KENTUCKY

|  | |
|---|---|
| United States of America<br>V.<br>Kadrioan Serainity Santiago | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  5:26-MJ-3061-01-EBA |

| PRESIDING JUDGE<br>Hon. Edward B. Atkins | PLAINTIFF'S ATTORNEY<br>Emily Greenfield, AUSA | DEFENDANT'S ATTORNEY<br>Noah Robert Friend, CJA |
|---|---|---|
| TRIAL DATE (S)<br>4/20/26-Preliminary/Detention Hearing | COURT REPORTER<br>ECR | COURTROOM DEPUTY<br>Mary Jane Younce |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/20/2026 | | | WITNESS -JOHN ZACHARY DOWNING |
| | 1 | 4/20/2026 | | | WITNESS - ADRIE JO MITCHELL-BUTTLER |
| | Ex | 4/20/2026 | Y | Y | A - Photos of Santiago:  One dated 5/3/21; One with friend at HS graduation and one dated 11/2024. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    KENTUCKY

| | |
|---|---|
| United States of America<br>V.<br>Kadrioan Serainity Santiago | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  5:26-MJ-3061-01-EBA |

| PRESIDING JUDGE<br>Hon. Edward B. Atkins | PLAINTIFF'S ATTORNEY<br>Emily Greenfield, AUSA | DEFENDANT'S ATTORNEY<br>Noah Robert Friend, CJA |
|---|---|---|
| TRIAL DATE (S)<br>4/20/26-Preliminary/Detention Hearing | COURT REPORTER<br>ECR | COURTROOM DEPUTY<br>Mary Jane Younce |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/20/2026 | | | WITNESS -JOHN ZACHARY DOWNING |
| | 1 | 4/20/2026 | | | WITNESS - ADRIE JO MITCHELL-BUTTLER |
| | Ex | 4/20/2026 | Y | Y | A - Photos of Santiago:  One dated 5/3/21; One with friend at HS graduation and one dated 11/2024. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages